UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                        Case No. 06-cr-159-01-SM

<u>Charmine Preston</u>

<u>O R D E R</u>

      Defendant's assented-to motion to continue the trial (document no. 14) is granted. Trial has been rescheduled for the March 2007 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than January 3, 2007. On the filing of such waiver, his continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:  February 22, 2007 at 4:00 PM

    Jury Selection:  March 6, 2007 at 9:30 AM

    SO ORDERED.

December 19, 2006

                                  Steven J. McAuliffe
                                  Chief Judge

cc:  Arnold Huftalen, Esq.
     Mark Sisti, Esq.
     U. S. Probation
     U. S. Marshal